**STATE of Missouri, Respondent,**

v.

**Shango BEY, a/k/a, Stanley Boyd, Appellant.**

**No. WD 60775.**

Missouri Court of Appeals, Western District.

Oct. 29, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Dec. 24, 2002.

Ellen H. Flottman, State Public Defender Office, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Andrea Mazza Follett, Assistant Attorney General, Jefferson City, for respondent.

Before JAMES M. SMART., JR., Presiding Judge, ROBERT G. ULRICH, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Shango Bey appeals his conviction of committing violence to a correctional officer. RSMO 217.385. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).